RECEIVED
JAN 2 5 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACT. NO. 17-0003 |
| versus | JUDGE DRELL |
| JACOBE K. ARCENEAUX, TERRANCE T. WOODS, ROBERT JENKINS and JOSHUA EDWARDS | MAGISTRATE JUDGE HANNA |

# ORDER

Having reviewed the pending motions before the court in the above-captioned multi-defendant criminal matter, it is hereby

**ORDERED** that defendant Jacobe Arceneaux's motion to continue the trial of this case (Doc. 133), currently set for Monday, February 5, 2018 is **GRANTED** as to both Mr. Arceneaux and his co-defendant, Joshua Edwards. It is also

**ORDERED** that defendant Joshua Edwards' motion to sever and for speedy trial (Doc. 137) is **DENIED**. We concur with the law and argument cited by the Government in its opposition brief (Doc. 141), noting especially our prior certification of this case as "complex" and the Fifth Circuit's instructive ruling in United States v. Stephens, 489 F.3d 647, 654 (5th Cir. 2007). Finally, we agree with the Government's position that the federal rules prefer the joint trial of defendants indicted together, particularly when the charges include conspiracy. U.S. v. Tarango, 396 F.3d 666, 672 (5th Cir. 2005) *citing* Zafiro v. United States, 506 U.S. 534, 537 (1993).

Given these findings, it is hereby

**ORDERED** that the trial of this matter, set for Monday, February 5, 2018 is **CONTINUED** without date.

1

**THUS DONE AND SIGNED** this 25th day of January, 2018 at Alexandria, Louisiana.

                                                DEE D. DRELL, JUDGE
                                     UNITED STATES DISTRICT COURT