UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CASE NO. 6:17-CR-00003-01 |
| **VERSUS** | JUDGE DRELL |
| **JACOBE K ARCENEAUX (01)** | MAGISTRATE JUDGE HANNA |

ORDER

After review of Defendant's Motion to Amend Sentence (Doc. 257) now pending before this court, it is hereby

ORDERED that defendant's motion is DENIED. The sentence imposed by this court shall run consecutive to any sentences arising from prior state court convictions. There is no constitutional right to have sentences imposed by state and federal courts run concurrently. Setser v. U.S., 566 U.S. 231 (2012); United States v. Dovalina, 711 F.2d 737, 739 (5th Cir. 1983); U.S.S.G. §5G1.3; La. C. Crim. P. Arts. 833, 883.1. Further, there is no evidence before the court to suggest that the state and federal convictions arose from the same facts or events, a factor that might weigh in favor of concurrent sentences in such cases.

THUS DONE AND SIGNED at Alexandria, Louisiana this 21st day of May, 2020

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT