UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 17-cr-003-01-01 |
| -vs- | JUDGE DRELL |
| JACOBE K ARCENEAUX (01) | MAGISTRATE JUDGE PATRICK J. HANNA |

## RULING AND ORDER

Before the Court is a motion to modify sentence, (Doc. 268), and a motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), (Doc. 269) filed by defendant Jacobe K. Arceneaux ("Arceneaux").

The motion to modify sentence, (Doc. 268), is **DENIED** for the same reasons set forth in our previous rulings (Docs. 258, 261, 264; See also Doc. 267 summarily denying for the reasons set forth in Doc. 264).

Regarding the motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), the Fifth Circuit has made clear that exhaustion of all administrative rights of appeal is a mandatory claim-processing rule. United States v. Franco, 973 F.3d 465, 468. Section 3582(c)(1)(A) provides that prisoners may: (1) file a motion with the court after fully exhausting all administrative rights to appeal the BOP's decision not to file a motion for compassionate release, or (2) file a motion with the court after requesting release when there has been a lapse of thirty (30) or more days from the receipt of such request by the warden of the defendant's facility, whichever is earlier.

In each instance, the court will consider the inmate's administrative remedies fully exhausted. 18 U.S.C. § 3582(c)(1)(A).

The hand written motion includes a jurisdictional statement that reads: "Defendant filed a [sic] electronic request to Warden Dobbs of USP Beaumont on _____ for the BOP to make request on his behalf." (Doc. 269 p 3) (blank space in original). Arceneaux does not include any receipt demonstrative of such a filing. The government claims the BOP has reviewed its records and does not have either an electronic or paper request pursuant to 18 U.S.C. § 3582(c). Upon this record, Arceneaux has failed to plead or demonstrate that he has exhausted his administrative remedies. Accordingly, the motion to reduce sentence, (Doc. 269), is also **DENIED** for failure to exhaust administrative remedies.

THUS DONE AND SIGNED this 3RD day of March 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT